# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| JEFFREY KEITH JACKSON,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. C21-5042-SKV<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR REMAND |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability insurance benefits under Title II of the Social Security Act be REVERSED AND REMANDED to the Commissioner of Social Security for an opportunity for a hearing and a new decision by an administrative law judge (ALJ). On remand, the ALJ shall further evaluate the opinion evidence from Dr. Saue and Dr. Gaffield; further evaluate the claimant's residual functional capacity; and obtain updated vocational expert evidence.

//

//

Page 1    [PROPOSED] ORDER - C21-5042-SKV

Plaintiff may be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

DATED this 14th day of July, 2021.

_____
S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

s/ Heidi L. Triesch
HEIDI L. TRIESCH
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3703
Fax: (206) 615-2531
heidi.triesch@ssa.gov